UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**05-23220**

MIAMI-CIVIL DIVISION

CASE NO.: **CIV-HOEVELER**

HORACIOS GONZALEZ,

    Plaintiff,

vs.

**MAGISTRATE JUDGE
BROWN**

FLANIGAN'S ENTERPRISES, INC. a/k/a
FLANIGAN'S MANAGEMENT SERVICES, INC ,
d/b/a FLANIGAN'S SEAFOOD BAR AND GRILL
and/or FLANIGAN'S

    Defendant.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, HORACIA GONZALES, through his attorney, sues the Defendant, FLANIGAN'S MANAGEMENT SERVICES, INC. a/k/a FLANIGAN'S ENTERPRISES, INC., d/b/a FLANIGAN'S SEAFOOD BAR AND GRILL and/or FLANIGAN'S, and alleges as follows:

### NATURE OF THE ACTION

1. This is an action for damages and injunctive relief caused by Defendant's discharge of Plaintiff from employment following a medically necessary leave of absence, directly in violation of Section 102 of the Family and Medical Leave Act of 1993 (29 U.S.C. §§ 2615).

### JURISDICTION AND VENUE

2. The jurisdiction of this Court over this controversy is invoked pursuant to 29 U.S.C. § 2617 and 28 U.S.C. §§1331.



3. The unlawful employment practices described herein were committed within the State of Florida, in Defendant's offices in Miami-Dade County, Florida. Accordingly, venue in this Court is proper in this county.

## PARTIES

4. Plaintiff is a male citizen of the United States and a resident of the State of Florida.

5. Defendant employed Plaintiff as a full time manager until the date of his termination on or about May 2005.

6. At all times material hereto, the Plaintiff was an "eligible employee" of Defendant within the meaning of 29 U.S.C. §§ 2611(2)(A) and was entitled to leave of absence under FMLA, 29 U.S.C. §§ 2612(a)(1).

7. At all times relevant to this action, Defendant was a Florida Corporation engaged in providing food and beverage services to the public.

8. At all times relevant to this action, Defendant was the "employer" of Plaintiff within the meaning of 29 U.S.C. §2611(4)(A).

9. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

10. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAMILY MEDICAL LEAVE ACT ("FMLA")

11. Plaintiff reavers and realleges Paragraphs 1-10 as if fully incorporated herein.

12. On or about January 1, 2005, Plaintiff underwent bariatric surgery.

13. Approximately three and a half months following the surgery, on or around April 26, 2005, Plaintiff began experiencing sharp and excruciating severe abdominal pains and went to the emergency department of the hospital.

14. Following the attending physician's examination, Plaintiff was diagnosed with suffering from acute cholecystitis and was informed that he needed immediate surgery to correct the problem.

15. On April 27, 2005, Plaintiff was admitted to the hospital and underwent an emergency surgical procedure for his condition.

16. Plaintiff was released on April 28, 2005 from the hospital, but was strongly advised by his physician that he would require time to recover from the surgery, wherein it was impossible for Plaintiff to continue working during that time.

17. As a result of his serious health condition, Plaintiff duly promptly provided Defendant with a letter from his physician stating that Plaintiff underwent necessary emergency surgery on April 27, 2005 and that Plaintiff would be unable to return to work until May 15, 2005 at which time he could resume working without limitations.

18. On or about May 15, 2005, upon returning to work from his medical leave, Plaintiff was summoned to his supervisor's office where he was suddenly and without notice advised that he was terminated.

19. Defendant violated Plaintiffs rights under the FMLA when it impermissibly and wrongfully terminated Plaintiff's employment after Plaintiff validly exercised his right under the FMLA to take a leave of absence from employment and failed to return Plaintiff to his previous position or to an equivalent position upon his return.

WHEREFORE, the Plaintiff respectfully requests that this Court:

(a) Enter a judgment that Defendant's failure to restore Plaintiff to the same or an equivalent position upon his return from leave and Defendant's subsequent termination of Plaintiff violated 29 U.S.C. §§ 2615 of the Family and Medical Leave Act of 1993;

(b) Issue a mandatory injunction pursuant to 29 U.S.C. §§ 2617(1)(B) directing the Defendant to rehire the Plaintiff, retroactive to May 15, 2005, to his previous position or to an equivalent position; directing Defendant to reinstate all of Plaintiff's employment benefits, including, but not limited to, his health insurance, annual leave and sick leave retroactive to May 15, 2005.

(c) Award monetary damages equal to (1) the amount of any compensation/wages/benefits denied or lost to the Plaintiff because of the violation, plus (2) interest on that amount, plus, (3) as liquidated damages, an additional amount equal to the sum of the actual damages and interest.

(d) Enter a judgment pursuant to 29 U.S.C. §§ 2617(a)(1)(A)(i)(II) against the Defendant and in favor of Plaintiff for the monetary losses Plaintiff sustained as a direct result of Defendant's termination of Plaintiff in violation of the law.

(e) Enter a judgment pursuant to 29 U.S.C. §§ 2617(a)(3) against the Defendant and in favor of Plaintiff for the reasonable attorneys' fees and costs incurred by Plaintiff in connection with the instant action; and

(f) Award Plaintiff such further and additional relief as the Court may deem just and proper.

>      SINA NEGAHBANI, ESQ.
>      Co-counsel for Plaintiff
>      P.O. Box 566055
>      Miami, Florida 33256
>      Tel: (305) 595-9078
>      Fax: (305) 595-9079
>
>
>      LOREN & ASSOCIATES, P.A.
>      Co-Counsel for Plaintiff
>      320 South State Road 7
>      Suite # 300
>      Plantation, Florida 33317
>      Tel:  (954) 585-4878
>      Fax:  (954) 585-4886
>      _____
>      JAMES LOREN, Esquire
>      Fla Bar No.: 0055409

**05-23226**

CIV-HUCK

MAGISTRATE JUDGE
BROWN

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
HORACIOS GONZALEZ

### DEFENDANTS
FLANIGAN'S ENTERPRISES, INC. a/k/a
FLANIGAN'S MANAGEMENT SERVICES, INC.,
d/b/a FLANIGAN'S SEAFOOD BAR AND GRILL

(b) County of Residence of First Listed Plaintiff   Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Dadeosa

(c) Attorney's (Firm Name, Address, and Telephone Number)
SINA NEGAHBANI, ESQ.   LOREN & ASSOCIATES, P.A.
Co-Counsel for Plaintiff   Co-Counsel for Plaintiff
P.O. Box 566055            320 S. State Road 7 - Suite # 300
Miami, Florida 33256-6055  Plantation, Florida 33317

Attorneys (If Known)

(d) Check County Where Action Arose: ☒ DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities Commodities Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☒ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity))
Section 102 of the Family and Medical Leave Act of 1993 (29 U.S.C. §§ 2615).

LENGTH OF TRIAL via _3_ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 12/06/2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____